# EXHIBIT A



SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
CARMAX; EXPERIAN INFORMATION SYSTEMS, INC., and DOES 1 though 10, inclusive.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
JUAN ROJAS.

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
of Los Angeles

SEP 25 2015

Sherri R. Carter, Executive Officer/Clerk
By: Glorietta Robinson, Deputy

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
*(El nombre y dirección de la corte es):* Superior Court of Los Angeles
111 N. Hill Street
Los Angeles, CA 90012

CASE NUMBER:
*(Número del Caso)*
15K12049

The name, address and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
L. Paul Mankin, Esq., 8730 Wilshire Blvd., Suite 310, Beverly Hills, CA 90211, (800) 219-3577

DATE: SHERRI R. CARTER Clerk, by _Glorietta Robinson_ Deputy
*(Fecha)* *(Secretario)* *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL: SEP 25 2015]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* Experian Information Systems, Inc.
   under: ☒ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☒ by personal delivery on *(date):* 10-20-15

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

SUMMONS

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

L. Paul Mankin (SBN 264038)
The Law Office of L. Paul Mankin
8730 Wilshire Blvd., Suite 310
Beverly Hills, CA 90211
Phone: 800-219-3577
Fax: 323-207-3885
Email: pmankin@paulmankin.com

Attorneys for Plaintiff
Juan Rojas

COPY

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

SEP 25 2015

Sherri R. Carter, Executive Officer/Clerk
By: Glorietta Robinson, Deputy

SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES
LIMITED JURISDICTION

JUAN ROJAS,

    Plaintiff,

vs.

CARMAX; EXPERIAN INFORMATION SYSTEMS, INC., and DOES 1 through 10, inclusive,

    Defendants.

Case No.: **15K12049**

COMPLAINT FOR:
(1) VIOLATION OF FAIR CREDIT REPORTING ACT
(15 U.S.C. § 1681 – False Pretenses)
(2) VIOLATION OF THE CALIFORNIA CONSUMER CREDIT REPORTING AGENCY ACT (Cal. Civ. Code § 1785.1)

## I. INTRODUCTION

1. This is an action for actual and statutory damages brought by Plaintiff, an individual, against Defendants, for violations of the Fair Credit Reporting Act, 15 U.S.C. §1681 et seq., as amended. ("FCRA"), and the California Consumer Credit Reporting Act § 1785.1 et seq.

//

COMPLAINT AND DEMAND FOR JURY TRIAL
- 1 -

## 2. PARTIES

4. Plaintiff, Juan Rojas, is a natural person who resides in the County of Los Angeles, and State of California.

5. At all times pertinent hereto, Plaintiff was a "consumer" as that term is defined by 15. U.S.C. § 1681a(c).

6. At all times pertinent hereto, Defendants were "persons" as that term is defined by 15 U.S.C. § 1681a(b) and "users" of credit reporting information as contemplated under 15 U.S.C. § 1681b(f).

## III. FACTUAL ALLEGATIONS

7. On January 28, 2015, Plaintiff obtained his Experian consumer credit report to review potential inaccurate information.

8. Upon reviewing his Experian consumer report, Plaintiff noticed that Defendant Carmax obtained his consumer report by a making regular inquiry on the alleged basis that Plaintiff applied for or co-signed for an auto loan.

9. Plaintiff's Experian consumer report states that the inquiry was made on January 10, 2014.

10. Consequently, Defendant Carmax did not have a permissible purpose for accessing Plaintiff's consumer credit report because Plaintiff never provided Defendant Carmax permission to obtain his consumer credit report by applying or co-signing for an auto loan.

11. Defendant Carmax acted through their agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

//

## COUNT 1: VIOLATIONS OF THE FAIR CREDIT REPORTING ACT, 15 U.S.C. § 1681b, WILFULL NON-COMPLIANCE BY DEFENDANT
(Against all Defendants)

12. Plaintiff repeats and re-alleges and incorporates by reference the preceding paragraphs.

13. Defendant is a furnisher of information within the meaning of the Fair Credit Reporting Act, 15 U.S.C. § 1681-s2.

14. Defendant willfully violated the Fair Credit Reporting Act. Defendant's violations include, but are not limited to willfully violating 15 U.S.C. § 1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. § 1681b.

15. As a result of Defendant's unauthorized actions, Plaintiff has suffered damages and is entitled to actual damages, punitive damages as the court may allow, as well as reasonable costs and attorney's fees pursuant to 15 U.S.C. § 1681(n).

**WHEREFORE**, Plaintiff requests that this Court enter judgment in his favor and against Defendant as follows:

A. Pursuant to 15 U.S.C. § 1681n(a) (1) (B), award him actual damages, and/or $1,000 for each access of her credit report obtained by false pretenses;

B. Pursuant to 15 U.S.C. § 1681n(a) (2), award such punitive damages as the Court deems appropriate;

C. Pursuant to 15 U.S.C. § 1681n(a) (3), award costs of the action and reasonable attorney fees; and

D. Grant such other and further relief as the court deems just and proper.

//

**COUNT II: VIOLATION OF CALIFORNIA'S CONSUMER CREDIT REPORTING AGENCIES ACT, 15 U.S.C. § 1785.11**
(Against Defendant Carmax)

16. Plaintiff repeats and re-alleges and incorporates by reference the preceding paragraphs.

17. In committing the acts against Plaintiff as alleged above, Defendant subjected Plaintiff to unfair credit reporting practices. Defendant's violations include at least the following: obtaining and reviewing Plaintiff's consumer credit report from Experian without having permissible purpose required under California Civil Code § 1785.11.

18. Defendant negligently, willfully, and/or under false pretenses, requested, obtained and used Plaintiff's consumer report for a purpose not authorized by California's Consumer Credit Reporting Agencies Act, Cal. Civ. Code § 1785.19.

19. As a result of these unauthorized actions by Defendant, Plaintiff has suffered damages and is entitled to actual damages, punitive damages as the court may allow, and injunctive relief ordering deletion of the credit inquiries.

WHEREFORE, Plaintiff requests that this Court enter judgment in his favor and against Defendant as follows:

A. Actual damages;

B. Statutory damages for willful violations;

C. Punitive damages as the Court deems appropriate;

D. Costs and reasonable attorney's fees; and

E. For such other and further relief as may be just and proper.

//

**PLAINTIFF HEREBY REQUESTS A JURY TRIAL**

DATED: September 23, 2015          RESPECTFULLY SUBMITTED,


The Law Office of L. Paul Mankin

By: _____
    L. Paul Mankin
    Attorney for Plaintiff