**Paul Mankin, Esq. (264038)**
**Law Offices of Paul Mankin, IV**
**8730 Wilshire Blvd #310**
**Beverly Hills, CA 90211**
**Phone: 877 219-3577**
**Fax: 866 633-0228**
**pmankin@paulmankin.com**
**Attorney for Plaintiff**

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JUAN ROJAS,** | Case No. 2:15-cv-09021-AB-AGR |
| **Plaintiff,** | **JOINT REQUEST TO DISMISS WITH PREJUDICE** |
| vs. | |
| **CARMAX; EXPERIAN INFORMATION SYSTEMS, INC., and DOES 1 through 10, inclusive,** | |
| **Defendant.** | |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss with prejudice this matter pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own attorney's fees, costs and expenses.  A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 5th Day of April, 2016

By: /s/Paul Mankin, IV
    Law Offices of Paul Mankin, IV
    Attorney for Plaintiff

By: /s/Amanda L. Pade
    **Jones Day**
    Attorney for Defendant

Stipulation to Dismiss- 1

**Filed electronically on this 5th day of April, 2016, with:**

**United States District Court CM/ECF system**

**Notification sent electronically via the Court's ECF system to:**

**Amanda Pade**
**Jones Day**
**555 South Flower Street**
**Fiftieth Floor**
**Los Angeles, CA 90073**

**This 5th day of April, 2016.**

**/s/Paul Mankin**
**Paul Mankin, IV**